| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SLOAN HEFFRON (CABN 285347)<br>SAILAJA M. PAIDIPATY (NYBN 5160007) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6730<br>FAX: (415) 436-7027 |
| 8 | Sloan.heffron@usdoj.gov<br>Sailaja.paidipaty@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-00139 RS |
| Plaintiff, | ) ) | STIPULATION AND [~~PROPOSED~~] ORDER SETTING JURY TRIAL DATE, PRETRIAL |
| v. | ) ) | CONFERENCE DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| PHILLIP SMITH, | ) ) | CALCULATION |
| Defendant. | ) ) | |

The parties appeared before the Court on January 22, 2019 for a status conference. The defendant was present and was represented by Assistant Federal Public Defender Candis Mitchell. The government was represented by Assistant United States Attorneys Sloan Heffron and Sailaja Paidipaty. Counsel for the defendant stated that she expects to receive additional discovery which may require briefing. Accordingly, counsel for the defendant requested that the Court vacate the existing trial date of March 4, 2019, as well as the existing February 15, 2019 pretrial conference date. The government did not object to this request.

At the request of both parties, the Court re-set the case for jury trial, with a trial date of June 17, 2019. The Court also scheduled a pretrial conference for May 31, 2019.

STIPULATION AND [PROPOSED] ORDER
CR 18-00139 RS

Counsel for the defendant requested that time be excluded under the Speedy Trial Act between January 22, 2019 and May 31, 2019, to ensure effective preparation. The Government did not object to the request to exclude time.

Therefore, the parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a pretrial conference on May 31, 2019.
2. This matter is also set before this Court for a jury trial on June 17, 2019.
3. The time between January 22, 2019 and May 31, 2019 is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. *See id.* § 3161(h)(7)(A).

Dated: January 22, 2019

/s/
CANDIS MITCHELL
Counsel for Defendant Phillip Smith

Dated: January 22, 2019

/s/
SLOAN HEFFRON
SAILAJA M. PAIDIPATY
Assistant United States Attorneys

IT IS SO ORDERED.

DATED: __1/23/19__

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-00139 RS